# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**UNITED STATES OF AMERICA**

v.                          **CRIMINAL NO. 3:21cr63-MPM-RP-2**

**GALVIN DWAYNE DAVIS**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Victoria Washington July 13, 2021,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Victoria Washington** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Victoria Washington** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 13th day of July, 2021.

                                     /s/ Jane M. Virden
                                     UNITED STATES MAGISTRATE JUDGE